# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | | |
|---|---|---|
| PEGGY CRUSE<br>*Plaintiff*, | § § § | |
| v. | § | No. 3:12-CV-00042-MPM-JMV |
| | § | |
| ETHICON, INC. D/B/A GYNECARE<br>INC. D/B/A ETHICON WOMEN'S<br>HEALTH AND UROLOGY<br>*Defendant*. | § § § § | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING DECISION ON TRANSFER TO MDL NO. 2327, *IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LITIGATION*

Having considered Defendant's Motion to Stay All Proceedings Pending Decision on Transfer to MDL No. 2327, *In re Ethicon, Pelvic Repair System Products Litigation*, it is hereby ORDERED that the motion is GRANTED in part, and the case is stayed for 60 days or issuance of a conditional transfer order by the United States Judicial Panel on Multidistrict Litigation, whichever comes first. The parties are relieved of any pleading, discovery, and disclosure requirements during the stay. Defendant's request to administratively close the case is denied at this time.

This 3rd day of May, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE